# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) Case No. 1:25-mj-606 |
| Ashley Tellis | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 11, 2025__ in the city/county of __Vienna__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 793(e) | Unlawful retention of national defense information. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.
Reviewed by AUSA/SAUSA

Seth Schlessinger, AUSA
*Printed name and title*

*Jeffrey Scott*
*Complainant's signature*

FBI SA Jeffrey Scott
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone__ *(specify reliable electronic means)*.

Date: 10/13/25

Digitally signed by Ivan Davis
Date: 2025.10.13 18:07:18 -04'00'
*Judge's signature*

City and state: Alexandria, VA

Hon. Ivan D. Davis. United States Magistrate Judge
*Printed name and title*