# EXHIBIT A

**OUR LADY of GOOD COUNSEL**
CATHOLIC CHURCH

*Humility before God, Gentleness toward Neighbor*

8601 Wolftrap Road, Vienna, VA 22182-5026
Phone: (703) 938-2828 • Fax: (703) 938-2829

www.olgcva.org

October 17, 2025

To Whom It May Concern:

    I am writing this letter as the retired Pastor of Our Lady of Good Counsel Parish in Vienna, Virginia. I am beginning my 26th year here. Ashley and his family came to this parish around the same time I did. I understand that there are allegations against Ashley J. Tellis, and I know nothing about and cannot speak to those allegations. I write in support of Ashley only to speak to his faith and his family's devotion to the Catholic Church and to this parish.

    I have had the privilege of knowing Ashley and his family for the past 25 years as devoted members of our parish. Throughout these years, Ashley and his family have been a constant and cherished presence in our church community. They attend Mass on Sundays, always sitting together in the fourth pew on the left side of the sanctuary of the church. Their unity as a family – the mother, father, and children - is evident, and they consistently demonstrate kindness, humility, and warmth to those around them.

    I had the honor of witnessing the marriage of their daughter in 2016, and I can attest to the family's commitment to their faith and to one another. All three of their children were confirmed at our parish, and their youngest child was baptized here as well. Although I officially retired seven years ago, I am still very active on a limited basis, functioning in every aspect of parish life but on a lesser scale of time commitment. I continue to see Ashley and the family regularly practicing their faith every Sunday.

    From all I have witnessed, Ashley is a principled man, deeply devoted to his Catholic faith and to the values it upholds – compassion, humility, and service. His actions over these many years have consistently reflected these values, and he has been a valued member of our parish family.

Sincerely,

*William J. Metzger, OSFS*

(Rev.) William J. Metzger, OSFS