# **EXHIBIT B**

**ASHLEY J. TELLIS**
Carnegie Endowment for International Peace
1779 Massachusetts Avenue NW, Washington DC 20036
Telephone: 1 (202) 929-2394
atellis@ceip.org
https://carnegieendowment.org/people/ashley-j-tellis

## EDUCATION

| | | | |
|---|---|---|---|
| Ph.D. | The University of Chicago | Political Science | 1994 |
| M.A. | The University of Chicago | Political Science | 1989 |
| M.A. | University of Bombay | Economics | 1982 |
| B.A. | University of Bombay | Economics | 1980 |

## PROFESSIONAL EXPERIENCE

Tata Chair for Strategic Affairs and Senior Fellow, Carnegie Endowment for International Peace; Counselor and Research Director, Strategic Asia Program, National Bureau of Asian Research; and, Foreign Affairs Officer (Special Government Employee), U.S. Department of State (Current)

Senior Adviser to the Under Secretary of State for Political Affairs, U.S. Department of State (Special Assignment, 2005-2008)

Special Assistant to the President and Senior Director for Strategic Planning and Southwest Asia, National Security Council Staff, 2003

Senior Adviser to the Ambassador, Embassy of the United States of America, New Delhi, India, 2001-2003

Senior Policy Analyst, RAND, and Professor of Policy Studies, RAND Graduate School, 1993-2001

## RESEARCH INTERESTS

International security and international relations theory, military strategy and proliferation issues, U.S.-Asian security relations, Asian regional futures and U.S. policy, and South Asian politics and military issues.

## PROFESSIONAL MEMBERSHIPS

The Council on Foreign Relations
The International Institute for Strategic Studies
The United States Naval Institute
The Navy League of the United States

## PUBLICATIONS

### BOOKS

*Strategic Asia: Reshaping Economic Interdependence in the Indo-Pacific* (Seattle: National Bureau of Asian Research, 2023), co-edited with Alison Szalwinski and Michael Wills.

*Striking Asymmetries: Nuclear Transitions in Southern Asia* (Washington, D.C.: Carnegie Endowment for International Peace, 2022).

*Strategic Asia 2021-22: Navigating Tumultuous Times in the Indo-Pacific* (Seattle: National Bureau of Asian Research, 2022), co-edited with Alison Szalwinski and Michael Wills.

*Strategic Asia 2020: U.S.-China Competition for Global Influence* (Seattle: National Bureau of Asian Research, 2020), co-edited with Alison Szalwinski and Michael Wills.

*Strategic Asia 2019: China's Expanding Strategic Ambitions* (Seattle: National Bureau of Asian Research, 2019), co-edited with Alison Szalwinski and Michael Wills.

*Strategic Asia 2017–18: Power, Ideas, and Military Strategy in the Asia-Pacific* (Seattle: National Bureau of Asian Research, 2017), co-edited with Alison Szalwinski and Michael Wills.

*Strategic Asia 2016–17: Understanding Strategic Cultures in the Asia-Pacific* (Seattle: National Bureau of Asian Research, 2016), co-edited with Alison Szalwinski and Michael Wills.

*Strategic Asia 2015–16: Foundations of National Power in the Asia-Pacific* (Seattle: National Bureau of Asian Research, 2015), co-edited with Alison Szalwinski and Michael Wills.

*Strategic Asia 2014–15: U.S. Alliances and Partnerships at the Center of Global Power* (Seattle: National Bureau of Asian Research, 2014), co-edited with Abraham M. Denmark and Greg Chaffin.

*Getting India Back on Track* (Washington, D.C.: Carnegie Endowment for International Peace, 2014), co-edited with Bibek Debroy and Reece Trevor.

*Strategic Asia 2013–14: Asia in the Second Nuclear Age* (Seattle: National Bureau of Asian Research, 2013), co-edited with Abraham M. Denmark and Travis Tanner.

*Strategic Asia 2012–13: China's Military Challenge* (Seattle: National Bureau of Asian Research, 2012), co-edited with Travis Tanner.

*Strategic Asia 2011–12: Asia Responds to its Rising Powers: China and India* (Seattle: National Bureau of Asian Research, 2011), co-edited with Jessica Keough and Travis Tanner.

*Strategic Asia 2010–11: Asia's Rising Power and America's Continued Purpose* (Seattle: National Bureau of Asian Research, 2010), co-edited with Andrew Marble and Travis Tanner.

*Strategic Asia 2009–10: Economic Meltdown and Geopolitical Stability* (Seattle: National Bureau of Asian Research, 2009), co-edited with Andrew Marble and Travis Tanner.

*Strategic Asia 2008–09: Challenges and Choices* (Seattle: National Bureau of Asian Research, 2008), co-edited with Mercy Kuo and Andrew Marble.

*Strategic Asia 2007–08: Domestic Political Change and Grand Strategy* (Seattle: National Bureau of Asian Research, 2007), co-edited with Michael Wills.

*Strategic Asia 2006–07: Trade, Interdependence, and Security* (Seattle: National Bureau of Asian Research, 2006), co-edited with Michael Wills.

*Strategic Asia 2005-06: Military Modernization in an Era of Uncertainty* (Seattle: National Bureau of Asian Research, 2005), co-edited with Michael Wills.

*Strategic Asia 2004-05: Confronting Terrorism in the Pursuit of Power* (Seattle: National Bureau of Asian Research, 2004), co-edited with Michael Wills.

*India's Emerging Nuclear Posture: Between Recessed Deterrent and Ready Arsenal* (Santa Monica: RAND and New Delhi: Oxford University Press, 2001).

*Interpreting China's Grand Strategy: Past, Present, and Future* (Santa Monica: RAND, 2000), co-authored with Michael D. Swaine.

**MONOGRAPHS, REPORTS AND POLICY PAPERS**

*Inevitable Fractures: The Ukraine War and the Global System* (Washington, D.C.: Carnegie Endowment for International Peace, 2024).

*Completing the U.S.-India Civil Nuclear Agreement: Fulfilling the Promises of a Summer Long Past* (Washington, D.C.: Carnegie Endowment for International Peace, 2023).

*Renewing the American Regime: U.S.-China Competition beyond Ukraine* (Washington, D.C.: Center for International and Strategic Studies, 2022).

*Non-Allied Forever: India's Grand Strategy According to Subrahmanyam Jaishankar* (Washington, D.C.: Carnegie Endowment for International Peace, 2020).

*Making U.S. Foreign Policy Work Better for the Middle Class* (Washington, D.C.: Carnegie Endowment for International Peace, 2020) (co-author).

*Hustling in the Himalayas: The Sino-Indian Border Confrontation* (Washington, D.C.: Carnegie Endowment for International Peace, 2020).

*COVID-19 Knocks on American Hegemony* (Seattle: National Bureau of Asian Research, 2020).

*India's ASAT Test: An Incomplete Success* (Washington, D.C.: Carnegie Endowment for International Peace, 2019).

*A Smoldering Volcano: Pakistan and Terrorism after Balakot* (Washington, D.C.: Carnegie Endowment for International Peace, 2019).

*A Troubled Transition: Emerging Nuclear Forces in India and Pakistan* (Palo Alto: Hoover Institution, Stanford University, 2019).

*How Can U.S.-India Relations Survive the S-400 Deal?* (Washington, D.C.: Carnegie Endowment for International Peace, 2018).

*Are India-Pakistan Peace Talks Worth a Damn?* (Washington, D.C.: Carnegie Endowment for International Peace, 2017).

*U.S. Policy in Afghanistan: Changing Strategies, Preserving Gains* (Washington, D.C.: Carnegie Endowment for International Peace, 2017) (co-author).

*India as a Leading Power* (Washington, D.C.: Carnegie Endowment for International Peace, 2016).

*Troubles, They Come in Battalions: The Manifold Travails of the Indian Air Force* (Washington, D.C.: Carnegie Endowment for International Peace, 2016).

*The Strategic Rationale for Deeper U.S.-Indian Economic Ties* (Washington, D.C.: Carnegie Endowment for International Peace, 2015), co-authored with C. Raja Mohan.

*Making Waves: Aiding India's Next-Generation Aircraft Carrier* (Washington, D.C.: Carnegie Endowment for International Peace, 2015).

*Revising U.S. Grand Strategy Toward China* (New York: Council on Foreign Relations, 2015) (co-author).

*Unity in Difference: Overcoming the U.S.-India Divide* (Washington, D.C.: Carnegie Endowment for International Peace, 2015).

*Balancing Without Containment: An American Strategy for Managing China* (Washington, D.C.: Carnegie Endowment for International Peace, 2014).

*Crux of Asia: China, India, and the Emerging Global Order* (Washington, D.C.: Carnegie Endowment for International Peace, 2013), co-edited with Sean Mirski.

*Opportunities Unbound: Sustaining the Transformation in U.S.-Indian Relations* (Washington, D.C.: Carnegie Endowment for International Peace, 2013).

*Nonalignment Redux: The Perils of Old Wine in New Skins* (Washington, D.C.: Carnegie Endowment for International Peace, 2012).

*The Menace that is Lashkar-e-Taiba,* Policy Outlook (Washington, D.C.: Carnegie Endowment for International Peace, March 2012).

*Gambling on Reconciliation to Save a Transition: Perils and Possibilities in Afghanistan,* Policy Outlook (Washington, D.C.: Carnegie Endowment for International Peace, December 2011).

*Creating New Facts on the Ground: Why the Diplomatic Surge Cannot Yet Produce a Regional Solution in Afghanistan*, Policy Brief No. 91 (Washington, D.C.: Carnegie Endowment for International Peace, May 2011).

*Dogfight! India's Medium Multi-Role Combat Aircraft Decision* (Washington, D.C.: Carnegie Endowment for International Peace, 2011).

*The China-Pakistan Nuclear "Deal": Separating Fact From Fiction,* Policy Outlook (Washington, D.C.: Carnegie Endowment for International Peace, July 16, 2010).

*Is a Regional Strategy Viable in Afghanistan?* (Washington, D.C.: Carnegie Endowment for International Peace, 2010), co-edited with Aroop Mukharji.

*Beradar, Pakistan, and the Afghan Taliban: What Gives?* Policy Outlook (Washington, D.C.: Carnegie Endowment for International Peace, March 2010).

*Power Shift: How the West Can Adapt and Thrive in an Asian Century*, Asia Paper Series (Washington, D.C.: The German Marshall Fund and the Legatum Institute, January 2010).

*Manmohan Singh Visits Washington: Sustaining U.S.–Indian Cooperation Amid Differences*, Policy Brief No. 85 (Washington, D.C.: Carnegie Endowment for International Peace, November 2009).

*The United States and India 3.0: Cave! Hic Dragones,* Policy Brief No. 81 (Washington, D.C.: Carnegie Endowment for International Peace, October 2009).

*Reconciling With the Taliban? Toward an Alternative Grand Strategy in Afghanistan* (Washington, D.C.: Carnegie Endowment for International Peace, 2009).

*The Lessons of Mumbai* (Santa Monica: RAND, 2009), O-249-RC (co-author).

*Engaging Pakistan—Getting the Balance Right*, Policy Brief No. 64 (Washington, D.C.: Carnegie Endowment for International Peace, September 2008).

*Pakistan and the War on Terror: Conflicted Goals, Compromised Performance* (Washington, D.C.: Carnegie Endowment for International Peace, 2008).

*Pakistan—Conflicted Ally in the War on Terror*, Policy Brief No. 56 (Washington, D.C.: Carnegie Endowment for International Peace, November 2007).

*Punching the U.S. Military's "Soft Ribs": China's Antisatellite Weapon Test in Strategic Perspective*, Policy Brief No. 51 (Washington, D.C.: Carnegie Endowment for International Peace, June 2007).

*Atoms for War? U.S.-Indian Civilian Nuclear Cooperation and India's Nuclear Arsenal* (Washington, D.C.: Carnegie Endowment for International Peace, 2006).

*India as a New Global Power: An Action Agenda for the United States* (Washington, D.C.: Carnegie Endowment for International Peace, July 2005).

*South Asian Seesaw: A New U.S. Policy on the Subcontinent*, Policy Brief No. 38 (Washington, D.C.: Carnegie Endowment for International Peace, May 2005).

*Assessing America's War on Terror: Confronting Insurgency, Cementing Primacy* (Seattle: National Bureau of Asian Research, 2004).

*India and Pakistan: Is Peace Real this Time? A Conversation between Husain Haqqani and Ashley J. Tellis* (Washington, D.C.: Carnegie Endowment for International Peace, 2004).

*Limited Conflicts Under the Nuclear Umbrella—Indian and Pakistani Lessons From the Kargil Crisis* (Santa Monica: RAND, 2001), MR-1450-USCA (lead author).

*India's Emerging Nuclear Doctrine: Exemplifying the Lessons of the Nuclear Revolution* (Seattle: National Bureau of Asian Research, 2001).

*Military Expenditures and Economic Growth* (Santa Monica: RAND, 2001), MR-1112-A (coauthor).

*The United States and Asia: Towards a New U.S. Strategy and Force Posture* (Santa Monica: RAND, 2001), MR-1315-AF (coauthor).

"South Asia: U.S. Policy Choices," in Frank Carlucci, Robert Hunter, and Zalmay Khalilzad (eds.), *Taking Charge: A Bipartisan Report to the President Elect on Foreign Policy and National Security—Discussion Papers* (Santa Monica: RAND, 2000), RAND MR-1306/1-RC.

*Identifying Potential Ethnic Conflict* (Santa Monica: RAND, 2000), MR-1188-A (contributor).

*Measuring National Power in the Post-Industrial Age* (Santa Monica: RAND, 2000), MR-1110-A (lead author), and *Measuring National Power in the Post-Industrial Age: Analyst's Handbook* (Santa Monica: RAND, 2000), MR-1110-1A (lead author).

*The United States and a Rising China* (Santa Monica: RAND, 1999), MR-1982-AF (co-author).

"Asia," lead author, in Zalmay Khalilzad and Ian O. Lesser (eds.), *Sources of Conflict in the 21st Century: Regional Futures and U.S. Strategy* (Santa Monica: RAND, 1998), MR-897-AF.

*Anticipating Ethnic Conflict* (Santa Monica: RAND, 1997), MR-853-A (lead author).

*Stability in South Asia* (Santa Monica: RAND, 1997), DB-185-A.

*Strategic Exposure: Proliferation around the Mediterranean* (Santa Monica: RAND, 1996), MR-742-A (coauthor).

"South Asia," in Zalmay Khalilzad (ed.), *Strategic Appraisal 1996* (Santa Monica: RAND, 1996), MR-543-AF.

"Military Technology Acquisition and Regional Stability in East Asia," in Jonathan Pollack (ed.), *East Asia's Potential for Instability and Crisis: Implications for the US and Korea* (Santa Monica: RAND, 1995), CF-119-CAPP.

*Intervention in Intra-State Conflict: Implications for the Army in the Post-Cold War Era* (Santa Monica: RAND, 1995), MR-554/1-A (co-author).

*Intervention in Intra-State Conflict: Implications for the Army in the Post-Cold War Era*, Supplemental Materials (Santa Monica: RAND, 1995), MR-554/2-A (co-author).

*U.S. Security Strategy Towards the Asia-Pacific* (Santa Monica: RAND Center for Asia-Pacific Studies and Tokyo: GISPRI, 1995), (co-author).

**ACADEMIC AND PROFESSIONAL PUBLICATIONS**

"America's Bad Bet on India: New Delhi Won't Side with Washington Against Beijing," *Foreign Affairs* (May 2023).

"Waylaid by Contradictions: Evaluating Trump's Indo-Pacific Strategy," *The Washington Quarterly*, 43:4 (December 2020).

"India: Capable but Constrained" in Gary J. Schmitt (ed.), *A Hard Look at Hard Power* 2nd edition (Carlisle, PA: Strategic Studies Institute and US Army War College Press, 2020).

"Between Washington and Beijing: India's Geopolitical Challenges" in Andrea Plebani and Riccardo Redaelli (eds.), *Dinamiche Geopolitiche Contemporanee. Ce.St.In.Geo. Geopolitical Outlook 2020* (Milan: EDUCatt, 2020).

"The India Dividend," *Foreign Affairs,* 98:5 (September/October 2019).

"Narendra Modi and U.S.-India Relations" in Bibek Debroy, Anirban Ganguly and Kishore Desai (eds.), *Making of New India: Transformation Under Modi Government* (New Delhi: Wisdom Tree, 2018).

"Avoiding the Labors of Sisyphus: Strengthening U.S.-India Relations in a Trump Administration," *Asia Policy*, 23 (January 2017).

"U.S.-India Relations: The Struggle for an Enduring Partnership" in David M. Malone, C. Raja Mohan, and Srinath Raghavan (eds.), *The Oxford Handbook of Indian Foreign Policy* (Oxford: Oxford University Press, 2015).

"The Geopolitics of the TTIP and the TPP" in Sanjaya Baru and Suvi Dogra (eds.), *Power Shifts and New Blocs in the Global Trading System*, Adelphi Series (London: The International Institute for Strategic Studies, 2015).

"Pakistan's Political Development: Will the Future be like the Past?" in Anita Weiss and Saba Gul Khattak (eds.), *Development Challenges Confronting Pakistan* (Sterling, VA: Kumarian Press, 2013).

"U.S.-China Relations in a Realist World," in David Shambaugh (ed.), *Tangled Titans: The United States and China* (Lanham, MD: Rowman and Littlefield, 2012).

"U.S. and Indian Interests in India's Extended Neighbourhood," in Alyssa Ayres and C. Raja Mohan (eds.), *Power Realignments in Asia: China, India and the United States* (New Delhi: Sage Publications, 2009).

"China's Grand Strategy: The Quest for Comprehensive National Power and Its Consequences," in Gary J. Schmitt (ed.), *The Rise of China: Essays on the Future Competition* (Washington, D.C.: Encounter Books, 2009).

"Preserving Hegemony: The Strategic Tasks Facing the United States," *Global Asia,* 4:1 (Spring 2009).

"China's Space Capabilities and U.S. Security Interests," *Quaderni di Relazioni Internazionali*, 8 (October 2008).

"The Merits of Dehyphenation: Explaining U.S. Success in Engaging India and Pakistan," *The Washington Quarterly*, 31:4 (Autumn 2008).

"The Bush Administration in the Indian Subcontinent," *Quaderni di Relazioni Internazionali*, 7 (June 2008).

"China's Military Space Strategy: An Exchange," *Survival*, 50:1 (February-March 2008).

"China's Military Space Strategy," *Survival*, 49:3 (Autumn 2007).

"The Evolution of U.S.-Indian Ties: Missile Defense in an Emerging Strategic Relationship," *International Security*, 30:4 (Spring 2006).

"U.S. Strategy: Assisting Pakistan's Transformation," *The Washington Quarterly*, 28:1 (Winter 2004-05).

"China and India in Asia," in Francine R. Frankel and Harry Harding (eds.) *The India-China Relationship: What the United States Needs to Know* (New York: Columbia University Press, 2004).

"Toward a 'Force-in-Being': The Logic, Structure, and Utility of India's Emerging Nuclear Posture," *The Journal of Strategic Studies*, 25:4 (December 2002), Special Issue, *India as an Emerging Power*.

"The Strategic Implications of a Nuclear India," *Orbis*, 46:1 (Winter 2002).

"South Asia," in Richard J. Ellings and Aaron L. Friedberg (eds.), *Strategic Asia 2001-02: Power and Purpose* (Seattle: The National Bureau of Asian Research, 2001).

"Smoke, Fire, and What to Do in Asia," *Policy Review*, 100 (April & May 2000).

"Terminating Intervention: Understanding "Exit-Strategy" and U.S. Involvement in Intra-State Conflicts," *Studies in Conflict & Terrorism*, 19: 2 (1996).

"Reconstructing Political Realism: The Long March to Scientific Theory," *Security Studies*, V: 2 (1995/96), Special Issue, *Roots of Realism*.

"New Acquisitions on the Indian Subcontinent," *Naval Forces*, XI:II (1990).

"Naval Technology in the Indian Ocean Region: Present Capabilities and Future Prospects," in Robert H. Bruce (ed.), *Indian Ocean Navies: Technological Advances and Regional Security* (Perth: Curtin University of Technology, 1990).

"Naval Airpower Options for Third-World Navies," (Parts I & II) *Naval Forces*, X:6 (1988) and XI:1 (1989).

"Securing the Barrack: The Logic, Structure and Objectives of India's Naval Expansion," in Robert H. Bruce (ed.), *The Modern Indian Navy and the Indian Ocean: Developments and Implications* (Perth: Curtin University of Technology, 1989). Revised and republished in two parts in the *Naval War College Review*, XLIII:3/331 (Summer 1990) & XLIII:4/332 (Autumn 1990). Also, republished in the *Indian Defence Review*, VI:2 (1991). Republished with further revisions in Robert H. Bruce (ed.), *India's Naval Expansion: Reasons, Developments, and Reactions* (New Delhi: Oxford University Press, 1994).

"Banking on Deterrence," United States Naval Institute *Proceedings*, 114:3 (March 1988).

"The Indian Ocean: Changing Strategic Maps, Evolving Naval Balances," *Naval Forces*, IX: II (1988).

"The Pakistan Navy: Analysis and Review" (Parts I & II) *Naval Forces*, VIII:VI/1987 & IX:I (1988).

"India's Naval Expansion: Structure, Dimensions, and Context," *Naval Forces*, VIII:V (1987).

"Latin America's Navies: A Survey," *Naval Forces*, VIII:II (1987).

"Latin America and "Dependency" Theory: Commentary," in Michael Novak (ed.), *Liberation Theology and the Liberal Society* (Washington, D.C.: American Enterprise Institute, 1987).

"Nuclear Weapons, Moral Choices and Religious Issues," *Armed Forces and Society*, 13:2 (Summer 1987).

"Aircraft Carriers and the Indian Navy: Assessing the Present, Discerning the Future," *The Journal of Strategic Studies*, 10:2 (June 1987).

"India's Naval Expansion: Reflections on History and Strategy," *Comparative Strategy*, 6:2 (Spring 1987).

"AEWC&C Aircraft for Pakistan: Choices and Alternatives," *Asian Affairs*, 14:1 (Spring 1987).

"The Air Balance in the Indian Subcontinent: Trends, Constants, Contexts," *Defense Analysis*, 2:4 (Winter 1986).

"NATO and Theater Nuclear Force Modernization: Looking Backward, Looking Forward," *Journal of East and West Studies*, XV:2 (Fall-Winter 1986).

"Hawkeyes for Pakistan: Rationale and Logic of the E-2C Request," *Journal of South Asian and Middle Eastern Studies*, 10:1 (Fall 1986).

"The Soviet Navy, Central America and the Atlantic Alliance," *Naval Forces*, VII:IV (1986).

"Carrier Aviation and the Indian Navy," Original Documents CNA Accession Number 231741 (Virginia: Center for Naval Analyses, 1986).

"The Naval Balance in the Indian Subcontinent," *Asian Survey*, 25:12 (December 1985).

"The Geopolitical Stakes in Central American Crisis," *Strategic Review*, 13:4 (Fall 1985). Translated and republished in Spanish as "Los Riesgos Geopoliticos en la Crisis Centroamericana," *Military Review*, LXVI:1-2 (January-February 1986), and republished in *Military Strategy and Aerospace Power*, 20th edition (Washington, D.C.: USAF, 1986). Also, republished in Walter F. Hahn (ed.) *Central America and the Reagan Doctrine* (Washington, D.C.: University Press of America, 1986).

"The Question of Evil: A Reflection from the Theology of Kierkegaard," *Indian Theological Studies*, 14:2 (June 1985).

"NATO and Theater Nuclear Forces, Quo Vadis?" *Indian Journal of American Studies*, 14:2 (July 1984).