# EXHIBIT C



鼎銘秀

秘藏建

净含量:192克

