# EXHIBIT D

## DECLARATION OF KORI N. SCHAKE

I, **Kori N. Schake**, declare as follows:

1. I am over eighteen years of age and competent to attest to the matters addressed herein. Except where otherwise noted, the facts set forth in this declaration are based on my personal knowledge.

2. I have known Ashley Tellis for 20 years as a professional colleague. We worked together in the U.S. government and frequently participate in academic conferences and other events on foreign policy topics. I am aware of the general nature of the charges against Mr. Tellis in this case; however, I have no personal knowledge of the underlying facts, circumstances, or alleged activities giving rise to those charges. My statement is based solely on my professional experience in the foreign policy field.

3. I currently serve as Director of Foreign and Defense Policy at the American Enterprise Institute (AEI), a position I have held since 2020. Before joining AEI, I was the Deputy Director General of the International Institute for Strategic Studies in London. Previously, I served in senior positions in the U.S. government, academia, and policy organizations as follows:

- From 2007 to May 2008, I was Deputy Director for Policy Planning at the U.S. Department of State, where I managed staff and led studies of structural reforms to enable integrated political, military, and economic strategy.

- During the first term of President George W. Bush, I was Director for Defense Strategy and Requirements on the National Security Council, responsible for interagency coordination of defense planning, coalition maintenance, and transformation of U.S. force posture and strategy.

1

- In earlier roles, I served at the U.S. Department of Defense: as a NATO desk officer in the Joint Staff (J-5) working on alliance planning and post–Cold War transitions, and as special assistant to the Assistant Secretary for Strategy and Requirements in the Office of the Secretary of Defense.

- In academia, I have served as the Distinguished Chair of International Security Studies at the U.S. Military Academy at West Point, and as faculty at Johns Hopkins SAIS, the University of Maryland School of Public Policy, and the National Defense University.

- I am the author of several books, including *Safe Passage: The Transition from British to American Hegemony* and co-editor with General Jim Mattis of *Warriors & Citizens: American Views of Our Military*.

- I previously served as a Research Fellow at the Hoover Institution, Stanford University.

4.  As a result of these roles, I have long been involved in both policymaking and scholarly work on international security, diplomacy, coalition building, and strategic planning. I am very familiar with the work of policy research organizations ("think tanks") and regularly interact with the senior management and experts of numerous foreign policy think tanks in Washington and other countries, including the Carnegie Endowment, the Council on Foreign Relations, the Center for Strategic & International Studies, the Brookings Institution, the Atlantic Council, and the Hudson Institute.

5.  I make this declaration to explain, based on my experience, why it is appropriate and indeed expected for foreign policy experts at think tanks to engage directly with foreign government officials—including those of states that are not U.S. allies—in order to perform their roles effectively. I also explain the routine nature of token courtesies in such engagement. But I

also want to emphasize that the American Enterprise Institute accepts no funding from any government, the U.S. or foreign.

Core Functions of Think-Tank Engagement with Foreign Officials

6. Experts at foreign policy think tanks write and speak regularly on foreign policy topics, including about the policies, views, and activities of almost all foreign governments. Think tank experts, many of whom are former U.S. government officials, often have equal or greater understanding of the policies and views of foreign governments than current officials in the U.S. Government. As a result, these experts are regularly consulted, formally and informally, by U.S. government officials, for their assessments of foreign government policies. U.S policymakers, U.S. military and intelligence officials, and members of Congress and congressional staff are regular consumers of the written work and briefings by think tank officials.

7. In order to develop and maintain such deep knowledge and deep understanding of foreign governments, think tank officials regularly meet with foreign government officials at conferences and in one-on-one meetings in Washington and elsewhere. Think tank experts also meet with foreign scholars, journalists, and private sector officials to discuss the policies and views of foreign governments. This is a core part of the job of any think tank foreign policy expert.

8. Think tanks are typically structured with a hierarchy of roles, including analysts and research assistants, with fellows and senior fellows often being the most experienced policy experts. Fellows, in particular, meet regularly with foreign officials to understand the policies of foreign governments.

9. Think tank research on non-allied or adversarial states, such as China and Russia, is often the most informative and important of all work by think tanks because the government officials of these countries share little information and do not provide candid views in official

meetings with U.S. officials. Moreover, U.S. government officials often cannot travel or have unofficial meetings with government officials in these countries. As a result, U.S. policymakers gain enormous benefits from the unofficial contacts made by think tank officials with government officials of these countries in the United States. It is not surprising, then, that many major think tanks dedicate entire programs to the study of countries with authoritarian governments, such as China. Think tanks across the ideological spectrum regularly host foreign delegations, arrange staff visits abroad, and facilitate conversations with officials in states with which the U.S. has limited formal relations. These activities are widely recognized in the field as standard practice. In short, limiting think tank engagement only to allies would leave vast blind spots in understanding potential adversaries or competitors.

<u>Gift Practices and Token Courtesies</u>

10. In my professional experience—and as common practice in diplomatic, governmental, and academic circles—small "tokens" or courtesies are exchanged during or following meetings to signal respect, gratitude, or cultural goodwill. Indeed, it may be considered rude or disrespectful not to offer a small gift as a gesture of appreciation for a meeting or to decline the gift. Examples include:

- A book (often on regional studies or U.S. foreign policy) presented to a counterpart
- A small plaque, commemorative medal, or framed certificate
- A local cultural artifact (e.g. map, artwork, small handcrafted item)
- A nominal hospitality gesture (a culturally significant food item (*i.e.*, tea or sweet), modest lunch, coffee, or reception)
- Branded mementos

5

11. These gestures are symbolic and customary; they do not, in themselves, indicate undue influence, bribery, or illicit conduct, particularly when low in monetary value.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and was executed this 19 day of October, 2025 in Washington, D.C.

By: /s/ Kori Schake

Kori N. Schake