# EXHIBIT E

 

**NATO Defense College**
**Collège de Défense de l'OTAN**
Rome - Italy

20 August 2025

NDC/1979

Dr Ashley J. Tellis
Tata Chair for Strategic Affairs
Carnegie Endowment for International Peace

atellis@ceip.org

Dear Dr Tellis

I would like to cordially invite you again to the NATO Defense College on 15-16 October 2025 to address Senior Course 147 at the China Seminar, focusing specifically on *"The Geopolitical Implications of US-China Competition"*.

I would ask you kindly to limit your lecture to 40 minutes. In keeping with the Seminar objectives, we would be grateful if you could address how China's transformation in recent decades has impacted the international political order, including the consequences on US-China relations, and discuss as appropriate the security ramifications, in particular for the Alliance.

The format of the China Seminar has changed and is scheduled to run over two consecutive days. The first day will consist of panel introductions to the topic, followed by a Q&A session. The other panellists of the Seminar will be Ms Meia Nouwens, Dr Minxin Pei and Ms Shihoko Goto. The morning of the second day will be devoted to Committee discussions with lecturers, who will act as experts and contribute to the Course Members' deliberations. In the afternoon, the Committees will be asked to brief about their discussions (without any formal presentation or slides). You will receive a separate document with further details on the structure, times and content of the China Seminar.

Senior Course 147 comprises approximately 80 military officers and government officials from 37 countries. Course participants include representatives from NATO member countries, the Partnership for Peace, the Mediterranean Dialogue, the Istanbul Cooperation Initiative and Partners across the Globe. Additionally, lectures may be attended by guests from outside the College.

First Counsellor B. Tuna Atala (TUR D) (+39 06 50525 211 or email: b.atala@ndc.nato.int) is the Faculty Advisor responsible for this Seminar. Please do not hesitate to contact him if further information is needed.

Yours sincerely

Catherine Bourdès
Brigadier General, BRAF
Director Academic Plans, Policy and Engagement

NATO Defense College – Collège de Défense de l'OTAN
Via Giorgio Pelosi 1
00143 Rome, Italy

Office: +39.06.50525.309/275
E-mail: CentralRegistry@ndc.nato.int
www.ndc.nato.int