# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ASHLEY TELLIS | ) | Case No. 1:25-mj-606 |
| Defendant | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 10/21/2025

_Ashley Tellis_
Defendant's signature

_[signature]_
Signature of defendant's attorney

John Nassikas, Va. #24077
Printed name and bar number of defendant's attorney

Arnold & Porter
601 Mass. Ave. NWDC
Address of defendant's attorney

john.nassikas@arnoldporter.com
E-mail address of defendant's attorney

202-942-6820
Telephone number of defendant's attorney

FAX number of defendant's attorney